NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NOVO NORDISK A/S AND NOVO NORDISK INC.,**
*Plaintiffs-Appellants,*

v.

**CARACO PHARMACEUTICAL LABORATORIES, LTD. AND SUN PHARMACEUTICAL INDUSTRIES, LTD.,**
*Defendants-Appellees.*

---

2011-1223

---

Appeal from the United States District Court for the Eastern District of Michigan in case no. 05-CV-40188, Judge Avern Cohn.

- - - - - - - - - - - - - - - - - - - - -

**NOVO NORDISK INC. AND NOVO NORDISK A/S,**
*Plaintiffs-Appellants,*

v.

**PADDOCK LABORATORIES, INC.,**
*Defendant-Appellee.*

---

2012-1031

Appeal from the United States District Court for the District of Minnesota in case no. 10-CV-2199, Judge Donovan W. Frank.

## ON MOTION

## ORDER

Novo Nordisk et al. submit responses and motions concerning how these cases should proceed.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted to the extent that the stays of the briefing schedules are lifted in the two above-captioned appeals. The appellant's opening brief in each appeal is due within 40 days of the date of filing of this order.

(2) Appeal 2011-1223 and 2012-1031 will be treated as companion cases, i.e., they will be argued consecutively before the same merits panel.

FOR THE COURT

**AUG 15 2012**

Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Daniel G. Brown, Esq.
    James F. Hurst, Esq.
    Mark A. Perry, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 15 2012

JAN HORBALY
CLERK